UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. |
|---|---|
| | Chapter 13 |
| Debtor. | **FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR** |

_____, the Court-appointed Mortgage Modification Mediation Program (the "MMM Program") mediator (the "Mediator") in the above-captioned case, hereby reports as follows:

    \_\_\_ 1. On _____, the final MMM Conference was conducted and the parties:

        \_\_\_ Reached a trial loan modification agreement.
        \_\_\_ Reached a final loan modification agreement.
        \_\_\_ Failed to reach an agreement.
        \_\_\_ Other (specify): _____

    The following persons were in attendance at the MMM Conference:

        \_\_\_ Debtor: _____
        \_\_\_ Debtor's Attorney: _____
        \_\_\_ Co-Debtor / Co-Borrower: _____
        \_\_\_ Debtor's Attorney: _____
        \_\_\_ Lender's Representative: _____
        \_\_\_ Other: _____

    \_\_\_ 2. The final MMM Conference was scheduled for _____, but the conference was not conducted for the following reason(s) (select all that apply):

FORM ND-MMM-201     1     VERSION 1.00 (August 1, 2015)
FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR
Case: 18-52262    Doc# 55    Filed: 06/20/19    Entered: 06/20/19 16:04:24    Page 1 of 2

| | | The parties settled prior to the conference. |
| | ___ | |
| | ___ | The above-captioned case was dismissed. |
| | ___ | The Debtor failed to attend. |
| | ___ | The Debtor's attorney failed to attend. |
| | ___ | The Lender's representative failed to attend. |
| | ___ | The Lender's attorney failed to attend. |
| | ___ | Other: _____ |
| | | _____. |

___ 3. The Debtor's attorney fully performed all services required by the Mortgage Modification Program Procedures and participated in all MMM Conferences, and the failure of the parties to reach an agreement in this matter was no fault of the Debtor's attorney.

___ 4. The Mediator further reports:

_____.

Dated: _____                    Respectfully submitted,

                                            By: /s/ E. Alexandra DeLateur