Cathay Fulton Ericksen #157665
Ericksen Law Office
210 N. Fourth St., Ste. 101
San Jose, CA 95112
(408) 287-7717

Attorney for Ron V Ronen

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:

Ron V Ronen

Debtor

Chapter 13

CASE NO. 18-52262

Motion to Extend the Time for Debtor's Plan to be Confirmed

Judge: Stephen L. Johnson

    Debtor moves the Court for an order extending the time to confirm the Chapter 13 Plan in this case.

    On April 16, 2019, the Court entered an Order on Trustee's Motion to Dismiss providing that the Debtor's Chapter 13 Plan must be confirmed by July 18, 2019 or the case would be dismissed.

    Debtor now requests that the Court grant him an additional 90-days to confirm the Plan. Debtor believes he has found proof that the second lien on his property - originally held by Bank of America - is fraudulent, and he needs time to file an objection to the claim. He also needs time to find a new attorney to represent him if the Court grants the motion filed by his current attorney to withdraw as his counsel.

-1-

Respectfully submitted,

Dated: July 11, 2019            /s/Cathay Fulton Ericksen
                                Cathay Fulton Ericksen
                                Attorney for Debtor